**300 So.2d 838**

**In re James Ray McDONALD**

**v.**

**STATE of Alabama.**

**Ex parte James Ray McDonald.**

**SC 955.**

Supreme Court of Alabama.

Sept. 12, 1974.

Arthur Parker and J. Louis Wilkinson, Birmingham, for petitioner.

No brief for the state.

JONES, Justice.

Writ denied. See Ex parte Duchac (In re Duchac v. State), 292 Ala. 251, 292 So. 2d 139 (1974) and Ex parte Wilson (In re Wilson v. State), 292 Ala. 759, 296 So.2d 778 (1974).

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and McCALL, JJ., concur.

**306 So.2d 290**

**In re McGOWIN INVESTMENT CO. et al.**

**v.**

**Douglas I. JOHNSTONE et al.**

**Ex parte McGowin Investment Co. et al.**

**SC 1080.**

Supreme Court of Alabama.

Jan. 16, 1975.

Edmund R. Cannon, Mobile, for petitioner.

None for respondent.

McCALL, Justice.

Petition of McGowin Investment Company, et al. for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in McGowin Investment Co. et al. v. Johnstone et al., 54 Ala.App. 194, 306 So.2d 286.

Writ denied.

MERRILL, COLEMAN, HARWOOD, BLOODWORTH, MADDOX, FAULKNER and JONES, JJ., concur.